**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00232-CMA-BNB

DAVID SUDDUTH,

    Plaintiff,

v.

BBC MORTGAGE COMPANY, N.A.,

    Defendant.

## ORDER DENYING MOTION TO STAY

This matter is before the Court pursuant to Plaintiff David Sudduth's May 20, 2013 Notice of Stay. (Doc. # 7.) In his Notice, Plaintiff requests the Court to stay all actions and decisions in this case, retroactive to January 30, 2013 (the date on which he filed this case), pursuant to Colo. R. Civ. P. 62. Plaintiff provides no authority or coherent argument to explain why the Court should stay proceedings in this case. Further, and more problematic, is Plaintiff's failure to comply with Magistrate Judge Boland's February 12, 2013 Order, which directed Plaintiff "to file proof of service on defendant on or before May 1, 2013." (Doc. # 5, emphasis deleted.) Accordingly, it is

ORDERED that Plaintiff's Notice of Stay (Doc. # 7) is DENIED. It is

FURTHER ORDERED that, unless Plaintiff shows cause in writing <u>by June 10, 2013</u>, as to why this case should not be dismissed for failure to prosecute, the Court will dismiss this action without further notice to Plaintiff.

    DATED: June __03__, 2013

                                                      BY THE COURT:

                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Judge